# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WESLEY D. FREE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-12-0329-F |
| | ) |
| OKLAHOMA DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The Report and Recommendation of Magistrate Judge Bana Roberts is before the court. (The Report, doc. no. 5.) The portion of the Report which has not been vacated (see order at doc. no. 8, noting that the filing fee has now been paid) recommends that this action be transferred to the United States District Court for the Eastern District of Oklahoma, where venue is proper. The Report further advises that any objections to the Report must be filed by April 18, 2012, and that failure to timely object will foreclose appellate review of the suggested ruling. No objection to the Report has been filed, and no request for an extension of time within which to object has been filed.

Having conducted its own review and with there being no objection, the portion of the Report and Recommendation of Magistrate Judge Roberts which recommends transfer of this action is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. This action is

hereby **TRANSFERRED** to the U. S. District Court for the Eastern District of Oklahoma. The clerk is **DIRECTED** to effect the transfer.

Dated this 3rd day of May, 2012.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0329p001.wpd